**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No.  **CV 22-8747-JPR**                                                     Date: **March 17, 2023**
Title:  **Jardine Gougis v. Robert Hwang, as Partner of Hwang Bros. P'ship et al.**
==============================================================================
**DOCKET ENTRY:** Order to Show Cause
==============================================================================
PRESENT:

       **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                                     None present

**PROCEEDINGS: (IN CHAMBERS)**

    On December 2, 2022, Plaintiff filed a Complaint, suing only "Robert Hwang, as Partner of Hwang Brothers Partnership," and some Does.  Under Federal Rule of Civil Procedure 4(m), she was required to serve the Complaint on the named Defendant within 90 days of the Complaint's filing and file proof of service with the Court.  The service period expired on March 2, 2023.  No proof of service has been filed, but on March 15 Plaintiff filed a First Amended Complaint, still suing Robert Hwang but adding as a Defendant "Roger Hwang, as Partner of Hwang Brothers Partnership."

    The filing of the FAC did not reset Rule 4(m)'s service window as to Defendant Robert Hwang because he was named in the original Complaint.  See Rudolph v. UT Starcom, Inc., No. C 07-04578 SI., 2009 WL 248370, at *2 (N.D. Cal. Feb. 2, 2009) (holding that Rule 4(m)'s service window starts with filing of "first complaint in which the defendant is named" and "does not restart each time a plaintiff files a new amended complaint" (emphasis omitted) (citing Bolden v. City of Topeka, 441 F.3d 1129, 1148 (10th Cir. 2006))); Stephens v. St. Francis Med. Ctr., No. CV 15-5568 R(JC), 2017 WL 3614420, at *4 (C.D. Cal. Aug. 22, 2017) (explaining that deadline to serve defendants was 90 days after filing of complaint in which they were initially named).  Therefore, Plaintiff has failed to timely serve that Defendant within Rule 4(m)'s 90-day period.

MINUTES FORM 11                                                                                       Initials of Deputy Clerk: bm
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.     **CV 22-8747-JPR**                                                      **March 17, 2023**
             **Gougis v. Hwang et al.**                                                          **Page 2**

------------------------------------------------------------

    Accordingly, no later than seven days from the date of this Order, Plaintiff must show cause in writing why Defendant Robert Hwang, as Partner of Hwang Brothers Partnership, should not be dismissed from this lawsuit without prejudice for failure to serve and failure to prosecute.  See Fed. R. Civ. P. 4(m).